UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr-439-T-30TBM

JAJUAN THOMPSON

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 24) for a Glock .45 caliber firearm, more particularly described as a Glock GMBH 36 .45 caliber firearm, Serial Number VPA041, and six rounds of Federal .45 caliber ammunition.

Being fully advised of the relevant facts, the Court hereby finds that the assets identified above were possessed in connection with a drug trafficking offense, to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 24) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal

Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE AND ORDERED in Tampa, Florida on this 27th day of March, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record