UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:16-cr 439-T-30TBM

JAJUAN THOMPSON

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 34), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Glock .45 caliber firearm, more particularly described as a Glock GMBH 36 .45 caliber firearm, Serial Number VPA041, and six rounds of Federal .45 caliber ammunition.

On March 27, 2017, the Court entered a Preliminary Order of Forfeiture for the firearm and ammunition described above, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).  Doc. 26.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the firearm and ammunition on the official government website, www.forfeiture.gov, from March 28, 2017 through April 26, 2017.  Doc. 33.  The publication gave notice to all third parties with a legal interest in the firearm and ammunition to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida

Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 34) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the firearm and ammunition identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the firearm and ammunition is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 15th day of June, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record